IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAVON GREEN, on behalf of herself and others similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 24-6527 |
| POST CONSUMER BRANDS, LLC and THE J.M. SMUCKER COMPANY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 31st day of March, 2026, upon consideration of Plaintiff Shavon Green's ("Plaintiff") Unopposed Motion for Final Approval of the Class Action Settlement (ECF No. 29), the accompanying Class Action Settlement Agreement (ECF No. 29-1), and all other supporting papers, as well as the presentation of counsel during the March 12, 2026 fairness hearing, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1.      Pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), the Court **CERTIFIES** a settlement class of 842 hourly paid employees at Defendants' Bloomsburg, PA pet food manufacturing facility ("Bloomsburg Facility") who were credited with working forty (40) or more hours (exclusive of vacation, sick or other leave time) in a week between November 1, 2021 and September 9, 2025, according to Defendants' payroll data.

2.      The Court **APPROVES** the settlement as "fair, reasonable, and adequate" under the criteria described in Civil Rule 23(e)(2).

3.      The Court **APPOINTS** the law firm of Winebrake & Santillo, LLC to serve as class counsel pursuant to Federal Rule of Civil Procedure 23(g).

1

4.      The Court **APPROVES** the combined payment of $599,650.00 to members of the Class plus any funds necessary to cover employer-side taxes associated with these payments.

1.      The Court **APPROVES** the combined payment of $275,350.00 from the settlement fund to Class Counsel as compensation for all combined attorney's fees, litigation costs/expenses and settlement administration expenses. Here, after deducting $8,331.95 in costs and $12,697.00 in administration expenses, the $275,350.00 payment to class counsel results in an attorney's fee of $254,321.05. Such a fee constitutes 28.4% of the combined $895,000.00 settlement fund and is reasonable under the circumstances of this litigation when viewed against, *inter alia*, the seven factors described in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 195 n.1 (3d Cir. 2000).

2.      The Court **APPROVES** the requested $20,000 combined service award payment from the settlement funds to Plaintiff.

3.      This action and the claims asserted herein are **DISMISSED WITH PREJUDICE,** although the Court retains jurisdiction for the limited purpose of enforcing the settlement's terms.

BY THE COURT:

_____

Hon. Mia R. Perez

2